## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ELIZABETH HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 07-cv-121-P-S |
| | ) | |
| JOHN F. MURPHY HOMES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING REQUEST FOR COURT APPROVAL
## OF SETTLEMENT AGREEMENT

Before the Court is Defendant's Consented-to Motion for Leave to File Settlement Agreement Under Seal and for Court Approval (Docket # 14). To the extent the Motion asks the Court to seal the Settlement Agreement (Docket # 15), the Motion is GRANTED. To the extent the Motion asks the Court to review and approve the Settlement Agreement between the parties "[i]n order to ensure that the release concerning family and medical leave claims is effective and binding under applicable law," the Motion is DENIED. (Def.'s Mot. at 1-2.)

In short, Defendant cites no rule or other authority for this Court to review and approve a settlement agreement between the two parties. In the Court's assessment, Defendant is simply seeking an advisory opinion as to the enforceability of a contract between the parties. This Court may not offer advisory opinions.

The Court also notes that Defendant's Motion is procedurally defective. In light of the Order of Dismissal (Docket # 13) entered pursuant to Local Rule 41.1(a),

2

Defendant would need to move to reinstate the action before seeking any further relief from the Court in connection with this case.

For these reasons, Defendant's request for court approval of the Settlement Agreement is DENIED.  However, in accordance with Local Rule 7A and for reasons stated in Defendant's Motion, the copy of the Settlement Agreement provided to the Court in connection with this request shall be and remain SEALED.

SO ORDERED.

 /s/ George Z. Singal
 Chief U.S. District Judge

Dated this 22nd day of January, 2008.